edly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

No. 09A1080. Donald E. Benton, Applicant v. Timothy S. Cory.

560 U.S. 951, 130 S. Ct. 3403, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4657.

June 7, 2010. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. 09M99. Kevin Robertson, Petitioner v. Peter V. R. Franchot, et al.

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4712.

June 7, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

No. 09M100. Clifford J. Graf, Petitioner v. Donald Mee, Administrator, East Jersey State Prison, et al.

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4573.

June 7, 2010. Motion to direct the Clerk to file petition for a writ of certiorari out of time denied.

No. 09M101. Daniel Hernandez, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4582.

June 7, 2010. Motion to direct the Clerk to file a petition for a writ of certiorari out of time under Rule 14.5 denied.

No. 09-9994. John W. Germaine, Petitioner v. Marika Nyman St. Germaine.

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4653.

June 7, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 28, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

No. 09-9995. Christine F. Goss, Petitioner v. Florida Unemployment Appeals Commission, et al.

560 U.S. 951, 130 S. Ct. 3404, 177 L. Ed. 2d 301, 2010 U.S. LEXIS 4604.

June 7, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 28, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.